UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR00-0184-TSZ-003 |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| DANTE EULALIO NARTE, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| _____ ) | |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on May 4, 2006. The United States was represented by Assistant United States Attorney Susan Roe, and the defendant by Mr. Todd Maybrown. The proceedings were recorded on cassette tape.

The defendant had been sentenced on or about Marcy 9, 2001, to thirty-six (36) months in custody to be followed by five (5) years of supervised release by the Honorable Thomas S. Zilly on a charge of Conspiracy to Import and Distribute 100 or More Kilograms of Marijuana.

In addition to the standard conditions of supervised release, which include compliance with all local, state, and federal laws, special conditions of supervised release were imposed. These special conditions included, but were not limited to, participation in a substance-abuse treatment program, consent to search and seizure procedures, no possession of firearms;

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 1

subjection to mandatory drug testing, participation in drug testing, abstaining from the use of alcohol, financial disclosure, cooperating with the Internal Revenue Service, and financial disclosure.

In the Pretrial Petition for Warrant or Summons for Offender dated March 9, 2006, and the Supplemental Violation Report dated March 29, 2005, Mr. Brian H. Rogers, U.S. Probation Officer, alleges the following violations of defendant's conditions of supervised release:

(1)   Failing to submit urine samples as directed on October 4, November 28, November 21, 2005, and January 9, February 21, and March 6, 2006, in violation of the special condition that he submit to drug testing to determine if he has reverted to the use of drugs or alcohol.

(2)   Failing to submit monthly reports for the months of December 2005, January 2006, and February 2006.

(3)   Assault on March 8, 2006, in violation of the general conditions that he not commit another federal, state, or local crime.

The defendant admitted to violations Nos. 1 and 2, and waived his rights to any evidentiary hearing as to whether they occurred.

At the revocation hearing, the government dismissed alleged violation No. 3.

I therefore recommend that the Court find the defendant violated the conditions of his supervised release as to violations Nos. 1 and 2, and that the Court conduct a hearing limited to disposition of these violations.

A disposition hearing on violations Nos. 1 and 2 has been set before the Honorable Thomas S. Zilly, for Thursday, May 25th, at 11:00 a.m.

Pending a final determination by the Court, the defendant has been released subject to the continued terms of his supervised release.

DATED this 8th day of May, 2006.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge:     The Hon. Thomas S. Zilly
     AUSA:     Ms. Susan Roe
     Defendant's attorney:     Mr. Todd Maybrown
     Probation officer:     Mr. Brian Rogers

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 3